**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: January 7, 2026　　　　　　　　　　DC Docket #: 6:25-cv-6505
Docket #: 25-3257　　　　　　　　　　　　 DC Court: WDNY (ROCHESTER)
Short Title: Fusco, III v. Monroe County, New York　　DC Judge: Trial Judge - Meredith A. Vacca

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_　　Record on Appeal - Certified List

\_\_\_\_　　Record on Appeal - CD ROM

\_\_\_\_　　Record on Appeal - Paper Documents

\_\_X\_\_　Record on Appeal - Electronic Index

\_\_\_\_　　Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8546.