## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Fusco, III v. Monroe County, et al.     Docket No.: 25-3257

Lead Counsel of Record (name/firm) or Pro se Party (name): Joseph M. Fusco III

Appearance for (party/designation): Joseph M. Fusco III, Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.   The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect.   Please change the following parties' designations:
   Party                           Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[ ] Correct
[✓] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Joseph M. Fusco III
Firm: _____
Address: 1 South Clinton Ave, APT 1713, Rochester, New York, 14604
Telephone: 585-317-1707     Fax: _____
Email: hello@josephfus.co

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.   The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
   OR
Signature of pro se litigant: *[signature]*
Type or Print Name: Joseph M. Fusco III
[✓] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

JOSEPH M. FUSCO III,

    *Plaintiff-Appellant,*

v.                                             25-3257

MONROE COUNTY, NEW YORK,     **CERTIFICATE OF SERVICE**

    *Defendant-Respondent.*

---

I hereby certify that on January 24, 2026, I served a true and correct copy of the following documents:

1. Letter Motion to File Nunc Pro Tunc, Notice of Abeyance, & Update of Service Address
2. Acknowledgment and Notice of Appearance (Form D-P)
3. Local Rule 12.3 Acknowledgment Form

by UPS Commercial Carrier (Signature Required), prepaid, upon counsel for Defendants-Appellees:

    Adam M. Clark, Esq.
    Monroe County Department of Law
    39 West Main Street
    Rochester, NY 14614
    UPS Tracking No.: 1ZAC8445421422493Z

Dated: January 24, 2026

                                                    Joseph M. Fusco III
                                                    1 South Clinton Ave, APT 1713
                                                    Rochester, NY 14604
                                                    (585) 317-1707
                                                    hello@josephfus.co

Joseph M. Fusco III
1 South Clinton Ave, APT 1713
Rochester, New York 14604

Scotch
Self Sealing
PHOTO/DOCUMENT MAILER

Catherine O'Hagan Wolfe
Clerk of Court
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

25-3257