# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Fusco, III v. Monroe County, et al | **DISTRICT**<br>Western District of New York | **DOCKET NUMBER**<br>6:25-cv-06505 |
| | **JUDGE**<br>Hon. Meredith A. Vacca | **APPELLANT**<br>Joseph M. Fusco III |
| | **COURT REPORTER**<br>N/A | **PRO SE APPELLANT**<br>Joseph M. Fusco III |

Check the applicable provision:

☐ I am ordering a transcript.

☑ I am not ordering a transcript

Reason for not ordering a transcript:

☐ Copy is already available

☑ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

N/A

**METHOD OF PAYMENT**  ☐ Funds   ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

Joseph M. Fusco III
1 South Clinton Ave, APT 1713
Rochester, New York 14604

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by **FRAP** and the Local Rules.

| APPELLANT'S SIGNATURE<br>*[signature]* | DATE<br>January 24, 2026 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

JOSEPH M. FUSCO III,

    *Plaintiff-Appellant,*

v.

MONROE COUNTY, NEW YORK,

    *Defendant-Respondent.*

25-3257

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2026, I served a true and correct copy of the following documents:

1. Letter Motion to File Nunc Pro Tunc, Notice of Abeyance, & Update of Service Address
2. Acknowledgment and Notice of Appearance (Form D-P)
3. Local Rule 12.3 Acknowledgment Form

by UPS Commercial Carrier (Signature Required), prepaid, upon counsel for Defendants-Appellees:

    Adam M. Clark, Esq.
    Monroe County Department of Law
    39 West Main Street
    Rochester, NY 14614
    UPS Tracking No.: 1ZAC8445421422 4932

Dated: January 24, 2026

Joseph M. Fusco III
1 South Clinton Ave, APT 1713
Rochester, NY 14604
(585) 317-1707
hello@josephfus.co

Joseph M. Fusco III
1 South Clinton Ave, APT 1713
Rochester, New York 14604

Scotch®
Self Sealing
PHOTO/DOCUMENT MAILER

Catherine O'Hagan Wolfe
Clerk of Court
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

25-3257