Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

January 24, 2026

    Re:    *Fusco, III v. Monroe County, et al.*, Docket No. 25-3257

    **SUBJECT:**    **MOTION TO FILE *NUNC PRO TUNC*,**
                        **NOTICE OF ABEYANCE, & UPDATE OF SERVICE ADDRESS**

Dear Ms. Wolfe:

    I am the pro se Appellant. I submit this letter-motion to cure a procedural defect and clarify the jurisdictional status of this appeal.

1. Motion to File *Nunc Pro Tunc* (FRAP 26(b)) Appellant moves to file the enclosed Acknowledgment and Form D-P *nunc pro tunc*. Good cause exists under FRAP 26(b) as the Court's December 31 docketing packet was served to a residence from which Appellant was displaced—an address directly impacted by the procedural issues in this appeal. Consequently, Appellant did not receive actual notice of the filing requirements until January 12, 2026. Appellant has acted with extreme diligence to cure the defect within twelve days of receipt.

2. Jurisdictional Status: Abeyance *Ope Legis* (FRAP 4(a)(4)) This appeal is held in abeyance *ope legis*. Appellant's timely Rule 59(e) Motion for Reconsideration remains pending in the District Court (see ECF No. 21). Under FRAP 4(a)(4)(B)(i), the Notice of Appeal is not effective, and the briefing schedule is tolled, until that motion is resolved

3. Update of Service Address Pursuant to FRAP 25(c), please update the docket to reflect Appellant's current address:

        Joseph M. Fusco III
        1 South Clinton Ave, APT 1713
        Rochester, NY 14604

                  Respectfully submitted,

                                                    Joseph M. Fusco III
                                                    1 South Clinton Ave, APT 1713
                                                    Rochester, NY 14604
                                                    (585) 317-1707
                                                     hello@josephfus.co

*Enclosures: (1) Acknowledgment Form, (2) Form D-P*

Joseph M. Fusco III
1 South Clinton Ave, APT 1713
Rochester, New York 14604

Scotch
Self Sealing
PHOTO/DOCUMENT MAILER

Catherine O'Hagan Wolfe
Clerk of Court
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

25-3257