# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-3257

**Motion for:** Motion to File Nunc Pro Tunc pursuant to FRAP 26(b)

**Caption [use short title]:** Fusco, III v. Monroe County, et al.

Set forth below precise, complete statement of relief sought:

Appellant moves to file the Acknowledgment and Form D-P nunc pro tunc. Good cause exists under FRAP 26(b) as the Court's December 31, 2025 docketing packet was served to a residence from which Appellant was displaced. Appellant did not receive actual notice until January 12, 2026 and acted diligently to cure within twelve days.

**MOVING PARTY:** Joseph M. Fusco III
**OPPOSING PARTY:** Monroe County, New York, et al.

- [ ] Plaintiff
- [ ] Defendant
- [✓] Appellant/Petitioner
- [✓] Appellee/Respondent

**MOVING ATTORNEY:** Joseph M. Fusco III
**OPPOSING ATTORNEY:** Adam M. Clark, Esq.

[name of attorney, with firm, address, phone number and e-mail]

1 South Clinton Ave, APT 1713 | 39 West Main Street
Rochester, New York 14604 | Rochester, NY 14614
(585) 317-1707  hello@josephfus.co | (585) 753-1374  adamclark@monroecounty.gov

**Court- Judge/ Agency appealed from:** WDNY / Hon. Meredith A. Vacca

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [ ] Yes [✓] No
Has this relief been previously sought in this court?  [ ] Yes [✓] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✓] No  If yes, enter date:

**Signature of Moving Attorney:** PRO SE  **Date:** 2/4/2026  **Service by:** [ ] CM/ECF  [✓] Other [Attach proof of service]

Form T-1080 (rev.12-13)

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

February 4, 2026

    Re:    *Fusco, III v. Monroe County, et al.*, Docket No. 25-3257

    SUBJECT:    MOTION TO FILE *NUNC PRO TUNC*,
                           NOTICE OF ABEYANCE, & UPDATE OF SERVICE ADDRESS

Dear Ms. Wolfe:

    This letter-motion is resubmitted to cure the defect identified in the Court's January 29, 2026 Notice (Docket Entry 14). I am the pro se Appellant. I submit this letter-motion to cure a procedural defect and clarify the jurisdictional status of this appeal.

1. Motion to File *Nunc Pro Tunc* (FRAP 26(b)) Appellant moves to file the Acknowledgment and Form D-P (Docket Entries 9 and 10) *nunc pro tunc*. Good cause exists under FRAP 26(b) as the Court's December 31 docketing packet was served to a residence from which Appellant was displaced—an address directly impacted by the procedural issues in this appeal. Consequently, Appellant did not receive actual notice of the filing requirements until January 12, 2026. Appellant has acted with extreme diligence to cure the defect within twelve days of receipt.

2. Jurisdictional Status: Abeyance *Ope Legis* (FRAP 4(a)(4)) This appeal is held in abeyance *ope legis*. Appellant's timely Rule 59(e) Motion for Reconsideration remains pending in the District Court (see ECF No. 21). Under FRAP 4(a)(4)(B)(i), the Notice of Appeal is not effective, and the briefing schedule is tolled, until that motion is resolved

3. Update of Service Address Pursuant to FRAP 25(c), please update the docket to reflect Appellant's current address:

    Joseph M. Fusco III
    1 South Clinton Ave, APT 1713
    Rochester, NY 14604

    Respectfully submitted,

    Joseph M. Fusco III
    1 South Clinton Ave, APT 1713
    Rochester, NY 14604
    (585) 317-1707
    hello@josephfus.co

*Enclosures: (1) Form T-1080*

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

JOSEPH M. FUSCO III,

    *Plaintiff-Appellant,*

v.

    25-3257

MONROE COUNTY, NEW YORK,

    **CERTIFICATE OF SERVICE**

    *Defendant-Appellee.*

I hereby certify that on February 4, 2026, I served a copy of the Letter-Motion to File *Nunc Pro Tunc* and Form T-1080, by USPS Certified Mail, on counsel for Monroe County:

    Adam M. Clark, Esq.
    Monroe County Department of Law
    39 West Main Street, Room 307
    Rochester, New York 14614

    USPS Tracking No.:    9589 0710 5270 3807 6993 20

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2026.

Rochester, New York

    Joseph M. Fusco III, Pro Se
    1 South Clinton Ave, APT 1713
    Rochester, New York 14604
    Telephone: (585) 317-1707
    Email: hello@josephfus.co

**Scotch®**

Photo/Document Mailer

Recyclable 

Joseph M. Fusco III
1 South Clinton Ave, APT 1713
Rochester, New York 14604

CERTIFIED MAIL

9589 0710 5270 3807 6993 13

25-3257

USM SDNY

U.S. Court of Appeals, Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Retail 

RDC 99

10007

$7.74

U.S. POSTAGE PAID
FCM LG ENV
ROCHESTER, NY 14603
FEB 04, 2026
S2322P501714-37

DO NOT BEND