Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

January 24, 2026

    Re:     *Fusco, III v. Monroe County, et al.*, Docket No. 25-3257

    SUBJECT:    MOTION TO FILE *NUNC PRO TUNC*,
                         NOTICE OF ABEYANCE, & UPDATE OF SERVICE ADDRESS

Dear Ms. Wolfe:

    I am the pro se Appellant. I submit this letter-motion to cure a procedural defect and clarify the jurisdictional status of this appeal.

1. Motion to File *Nunc Pro Tunc* (FRAP 26(b)) Appellant moves to file the enclosed Acknowledgment and Form D-P *nunc pro tunc*. Good cause exists under FRAP 26(b) as the Court's December 31 docketing packet was served to a residence from which Appellant was displaced—an address directly impacted by the procedural issues in this appeal. Consequently, Appellant did not receive actual notice of the filing requirements until January 12, 2026. Appellant has acted with extreme diligence to cure the defect within twelve days of receipt.

2. Jurisdictional Status: Abeyance *Ope Legis* (FRAP 4(a)(4)) This appeal is held in abeyance *ope legis*. Appellant's timely Rule 59(e) Motion for Reconsideration remains pending in the District Court (see ECF No. 21). Under FRAP 4(a)(4)(B)(i), the Notice of Appeal is not effective, and the briefing schedule is tolled, until that motion is resolved

3. Update of Service Address Pursuant to FRAP 25(c), please update the docket to reflect Appellant's current address:

    Joseph M. Fusco III
    1 South Clinton Ave, APT 1713
    Rochester, NY 14604

    Respectfully submitted,

    Joseph M. Fusco III
    1 South Clinton Ave, APT 1713
    Rochester, NY 14604
    (585) 317-1707
    hello@josephfus.co

*Enclosures: (1) Acknowledgment Form, (2) Form D-P*

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

JOSEPH M. FUSCO III,

    *Plaintiff-Appellant,*

v.

MONROE COUNTY, NEW YORK,

    *Defendant-Respondent.*

25-3257

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2026, I served a true and correct copy of the following documents:

1. Letter Motion to File Nunc Pro Tunc, Notice of Abeyance, & Update of Service Address
2. Acknowledgment and Notice of Appearance (Form D-P)
3. Local Rule 12.3 Acknowledgment Form

by UPS Commercial Carrier (Signature Required), prepaid, upon counsel for Defendants-Appellees:

    Adam M. Clark, Esq.
    Monroe County Department of Law
    39 West Main Street
    Rochester, NY 14614
    UPS Tracking No.: 1ZAC8445421422 4932

Dated: January 24, 2026

Joseph M. Fusco III
1 South Clinton Ave, APT 1713
Rochester, NY 14604
(585) 317-1707
hello@josephfus.co

Joseph M. Fusco III
1 South Clinton Ave, APT 1713
Rochester, New York 14604

Scotch
Self Sealing
PHOTO/DOCUMENT MAILER

Catherine O'Hagan Wolfe
Clerk of Court
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

25-3257