Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

February 4, 2026

     Re:     *Fusco, III v. Monroe County, et al.*, Docket No. 25-3257

     SUBJECT:     MOTION TO FILE *NUNC PRO TUNC*,
                               NOTICE OF ABEYANCE, & UPDATE OF SERVICE ADDRESS

Dear Ms. Wolfe:

     This letter-motion is resubmitted to cure the defect identified in the Court's January 29, 2026 Notice (Docket Entry 14). I am the pro se Appellant. I submit this letter-motion to cure a procedural defect and clarify the jurisdictional status of this appeal.

1. Motion to File *Nunc Pro Tunc* (FRAP 26(b)) Appellant moves to file the Acknowledgment and Form D-P (Docket Entries 9 and 10) *nunc pro tunc*. Good cause exists under FRAP 26(b) as the Court's December 31 docketing packet was served to a residence from which Appellant was displaced—an address directly impacted by the procedural issues in this appeal. Consequently, Appellant did not receive actual notice of the filing requirements until January 12, 2026. Appellant has acted with extreme diligence to cure the defect within twelve days of receipt.

2. Jurisdictional Status: Abeyance *Ope Legis* (FRAP 4(a)(4)) This appeal is held in abeyance *ope legis*. Appellant's timely Rule 59(e) Motion for Reconsideration remains pending in the District Court (see ECF No. 21). Under FRAP 4(a)(4)(B)(i), the Notice of Appeal is not effective, and the briefing schedule is tolled, until that motion is resolved

3. Update of Service Address Pursuant to FRAP 25(c), please update the docket to reflect Appellant's current address:

     Joseph M. Fusco III
     1 South Clinton Ave, APT 1713
     Rochester, NY 14604

     Respectfully submitted,

     Joseph M. Fusco III
     1 South Clinton Ave, APT 1713
     Rochester, NY 14604
     (585) 317-1707
     hello@josephfus.co

*Enclosures: (1) Form T-1080*

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

---

JOSEPH M. FUSCO III,

    *Plaintiff-Appellant,*

v.

MONROE COUNTY, NEW YORK,

    *Defendant-Appellee.*

25-3257

**CERTIFICATE OF SERVICE**

---

I hereby certify that on February 4, 2026, I served a copy of the Letter-Motion to File *Nunc Pro Tunc* and Form T-1080, by USPS Certified Mail, on counsel for Monroe County:

    Adam M. Clark, Esq.
    Monroe County Department of Law
    39 West Main Street, Room 307
    Rochester, New York 14614

    USPS Tracking No.:    9589 0710 5270 3807 6993 20

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2026.

    Rochester, New York

                                      Joseph M. Fusco III, Pro Se
                                      1 South Clinton Ave, APT 1713
                                      Rochester, New York 14604
                                      Telephone: (585) 317-1707
                                      Email: hello@josephfus.co

**Scotch** Photo/Document Mailer

Recyclable

Joseph M. Fusco III
1 South Clinton Ave, APT 1713
Rochester, New York 14604

CERTIFIED MAIL

9589 0710 5270 3807 6993 13

25-3257

USM SDNY

U.S. Court of Appeals, Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

DO NOT BEND

Retail 

RDC 99

10007

U.S. POSTAGE PAID
FCM LG ENV
ROCHESTER, NY 14603
FEB 04, 2026
$7.74
S2322P501714-37