**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: February 12, 2026
Docket #: 25-3257
Short Title: Fusco, III v. Monroe County, New York

DC Docket #: 6:25-cv-6505
DC Court: WDNY (ROCHESTER)
DC Judge: Trial Judge - Meredith A. Vacca

## CASE STATUS UPDATE NOTICE

In response to your letter dated 02/04/2026, your appeal is stayed. Per entry 13, Appellant's address has been updated; please see the address listed for Appellant on the public docket sheet. Please note the attached copy of the docket sheet.

Inquiries regarding this case may be directed to 212-857-8568.