# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of February, two thousand twenty-six.

_____

Joseph M. Fusco III,

        Plaintiff - Appellant,

v.

Monroe County, New York, Monroe County Clerk, Clerk, Monroe County Sheriff,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 25-3257

Appellant, *pro se*, moves for leave to file the Acknowledgment and Notice of Appearance Form and Form D-P, *nunc pro tunc*.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

