Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

March 18, 2026

Re:     *In re Joseph M. Fusco III*, Docket No. 26-199
        District Court No. 6:25-cv-06505-MAV

SUBJECT:     STATUS UPDATE

Dear Ms. Wolfe:

Petitioner writes to advise the Court of the current status of the underlying district court proceeding.

Petitioner's Rule 59(e) motion was filed on December 22, 2025—the same day judgment was entered. As of March 18, 2026—86 days later—no ruling has been issued. The direct appeal in No. 25-3257 remains stayed pursuant to FRAP 4(a)(4) pending resolution of that motion. Petitioner has no other adequate remedy in the interim.

The pending motion presents three independent grounds for reconsideration, including a procedural due process issue arising from the district court's dismissal sixteen days before the expiration of its own briefing schedule. ECF No. 16; ECF No. 19.

Respectfully submitted,

Joseph M. Fusco III
1 South Clinton Ave, Apt 1713
Rochester, NY 14604
(585) 317-1707
hello@josephfus.co

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

*In re* JOSEPH M. FUSCO III,

26-199

CERTIFICATE OF SERVICE

*Petitioner.*

---

I hereby certify that on March 18, 2026, I served a copy of the foregoing letter by USPS Certified Mail upon:

Adam M. Clark, Esq.
Monroe County Department of Law
39 West Main Street
Rochester, NY 14614

USPS Tracking No.:     9589 0710 5270 3807 7000 71

Hon. Meredith A. Vacca
United States District Court W.D.N.Y.
100 State Street
Rochester, NY 14614

USPS Tracking No.:     9589 0710 5270 3807 7000 57

Dated:  March 18, 2026
        Rochester, New York

Joseph M. Fusco III
1 South Clinton Ave, Apt 1713
Rochester, New York, 14604
Telephone: (585) 317-1707
Email: hello@josephfus.co

CERTIFIED MAIL

9589 0710 5270 3807 7000 64

Retail

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
ROCHESTER, NY 14692
MAR 18, 2026

$7.74

S2322T501255-87

10007

Joseph M. Fusco III
1 South Clinton Ave, APT 1713
Rochester, New York 14604



Clerk of Court, 2nd Circuit
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

26-199
6:25-cv-6505-MAV

Scotch® **PHOTO/DOCUMENT**
MAILER

**Self Sealing**