# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of March, two thousand twenty-six.

---

Joseph M. Fusco III,

        Plaintiff - Appellant,

    v.

Monroe County, New York, Monroe County Clerk, Clerk, Monroe County Sheriff,

        Defendants - Appellees.

---

**ORDER**

Docket No. 25-3257

On January 13, 2026, the Court issued a notice, pursuant to Fed. R. App. P. 4(a)(4), staying this appeal due to a pending motion in the district court. The district court having denied the motion in an order dated March 25, 2026,

IT IS ORDERED that the stay of this appeal is hereby lifted. Appellant is directed to either pay the filing fee or move to proceed *in forma pauperis* within 14 days of this order.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/26/2026