UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-3257 _____  Caption [use short title]

Motion for: Leave to Proceed In Forma Pauperis

Expedited Briefing Schedule

_____

Set forth below precise, complete statement of relief sought:

Grant IFP status per 28 U.S.C. § 1915.

Net: –$413.36/mo. Banks overdrawn.                  Fusco, III v. Monroe County, et al.

Garnished $2,454.36/mo

Ch. 7 discharged 2/13/26. Fee pre-garnishment.

§ 1983: parental rights, due process.

Request expedited briefing

MOVING PARTY: Joseph M. Fusco III          OPPOSING PARTY: Monroe County, New York, et al.

☐ Plaintiff        ☐ Defendant

☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Joseph M. Fusco III, pro se      OPPOSING ATTORNEY: Adam M. Clark, Esq.

[name of attorney, with firm, address, phone number and e-mail]

1 South Clinton Ave, Apt 1713                  39 West Main Street, Room 307

Rochester, New York 14604                      Rochester, New York 14614

585-317-1707        hello@josephfus.co        585-753-1374        adamclark@monroecounty.gov

Court- Judge/ Agency appealed from: W.D.N.Y. - Hon. Meredith A. Vacca

Please check appropriate boxes:                          FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                                         INJUCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):   Has this request for relief been made below?   ☑ Yes ☐ No
☑ Yes ☐ No (explain): _____        Has this relief been previously sought in this court?   ☑ Yes ☐ No
_____        Requested return date and explanation of emergency: _____
                                                         Motion filed 4/4/26;
Opposing counsel's position on motion:                   deficiency notice 4/17/26; this cures deficiency.
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know                                  _____
                                                         _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date: _____

Signature of Moving Attorney:

_____ Date: May 5, 2026   Service by: ☐ CM/ECF ☑ Other [Attach proof of service]

_____

Form T-1080 (rev.12-13)

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

May 5, 2026

> Re: *Fusco, III v. Monroe County, et al.,* Docket No. 25-3257
> District Court No. 6:25-cv-06505-MAV
>
> SUBJECT: MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
> & FOR EXPEDITED BRIEFING SCHEDULE

Dear Ms. Wolfe:

This submission cures the deficiencies identified in the Court's April 17, 2026 deficiency notice.

1. Appellant moves for leave to proceed *in forma pauperis*. Appellant's monthly take-home pay is $8,510. Monthly expenses total $8,923.36. Both bank accounts are overdrawn. An income withholding order issued October 27, 2025 garnishes $2,454.36 per month from Appellant's wages. Appellant received a Chapter 7 discharge on February 13, 2026 (Case No. 2-25-20363-CLB). Appellant paid the district court filing fee on September 23, 2025, thirty-four days before the garnishment began. The financial position that permitted payment of the filing fee no longer exists.

2. Appellant respectfully requests an expedited briefing schedule. The garnishment renders Appellant net negative every month it remains in effect. Each month of delay inflicts an additional unrecoverable deficit. Appellant is prepared to file his opening brief within seven days of receiving the briefing schedule.

Respectfully submitted,

Joseph M. Fusco III
1 South Clinton Ave, Apt 1713
Rochester, NY 14604

Enclosures: (1) Form T-1080
(2) Declaration in Support of Motion for Leave to Proceed In Forma Pauperis
(3) Financial Affidavit (FRAP Form 4) with Attachment
(4) Income Withholding Order
(5) Chapter 7 Discharge Order

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

JOSEPH M. FUSCO III,

      *Plaintiff-Appellant,*

*v.*

MONROE COUNTY, NEW YORK,

      *Defendant-Appellee.*

25-3257
DECLARATION IN SUPPORT OF
MOTION FOR LEAVE TO
PROCEED IN FORMA PAUPERIS

I, Joseph M. Fusco III, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am the Appellant in this action, proceeding pro se. I appeal from the judgment of the United States District Court for the Western District of New York (Vacca, J.) dismissing my 42 U.S.C. § 1983 claims alleging deprivation of parental rights and due process under the Fourteenth Amendment.

2. I am unable to prepay the docket fees of this appeal or post a bond for them. My monthly take-home pay is $8,510. My monthly expenses total $8,923.36. I am net negative $413.36 per month. Both of my bank accounts are overdrawn. I am using payday loans to meet basic living expenses.

3. I paid the district court filing fee of $405 on September 23, 2025. Thirty-four days later, on October 27, 2025, an Income Withholding Order issued in the underlying state matrimonial action began garnishing $2,454.36 per month from my wages. The financial position that permitted payment of the filing fee no longer exists.

1

4. I received a Chapter 7 bankruptcy discharge on February 13, 2026 (Case No. 2-25-20363-CLB, W.D.N.Y.). The discharge eliminated non-priority debts but did not address the garnishment, which is classified as a domestic support obligation.

5. The accompanying financial affidavit accurately reflects my current financial condition. I believe I am entitled to redress on this appeal and respectfully request leave to proceed *in forma pauperis*.

Dated: May 5, 2026
        Rochester, New York

Joseph M. Fusco III
1 South Clinton Ave, Apt 1713
Rochester, New York, 14604
Telephone: (585) 317-1707
Email: hello@josephfus.co

2

# UNITED STATES DISTRICT COURT
for the

WESTERN                    DISTRICT OF NEW YORK

Joseph M. Fusco III ,                    )
                                         )
                Plaintiff                )
                                         )
            v.                           )
                                         )   Case No. 25-3257
Monroe County, New York et al. ,         )
                                         )
                Defendant                )
                                         )

RECEIVED 2026 MAY -8 PM 1:55 U.S. COURT OF APPEALS SECOND CIRCUIT

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
| --- | --- |
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: Joseph M. Fusco III | Date: May 5, 2026 |

My issues on appeal are: Whether the district court erred in dismissing 42 U.S.C. 1983 claims alleging

deprivation of parental rights and due process under the Fourteenth Amendment

without leave to amend.

1.    *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 13,202 | $ N/A | $ 13,202 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ N/A | $ 0 | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ 0 | $ N/A | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): 0 | $ N/A | $ N/A | $ | $ 0 |
| **Total monthly income:** | $ 13,202 | $ N/A | $ 13,202 | $ N/A |

2.   *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| WP Engine, Inc. | 504 Lavaca St, Austin TX 78701 | Nov 2022 - Present | $ 13,202 |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

3.  *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Unknown - separated 2+ yrs | Unknown | Unknown | $ Unknown |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

4.  *How much cash do you and your spouse have?* $ (Accounts overdrawn)

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Chase Bank | Checking | $ 0 (overdrawn) | $ Unknown |
| Canandaigua Natl Bank | Checking | $ 0 (overdrawn) | $ Unknown |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5.  *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ 0 (foreclosure) | (Value) $ 0 | (Value) $ 23,000 (owe ~40,000) |
| | | Make and year: 2022 Tesla |
| | | Model: Model Y LR — 102k mi |
| | | Registration #: NY |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ N/A |
| Make and year: | 0 | 0 |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ 0 | $ 0 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| D.F. | Daughter | 12 |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $2,750 | $N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $163 | $N/A |
| Home maintenance (repairs and upkeep) | $0 | $N/A |
| Food | $600 | $N/A |
| Clothing | $25 | $N/A |
| Laundry and dry-cleaning | $25 | $N/A |
| Medical and dental expenses | $1,170 | $N/A |
| Transportation (not including motor vehicle payments) | $424 | $N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $200 | $N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $0 | $N/A |
| Life: | $2 | $N/A |
| Health: | $0 | $N/A |
| Motor vehicle: | $250 | $N/A |
| Other: | $0 | $N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $0 | $N/A |
| Installment payments | | |
| Motor Vehicle: | $0 (in default) | $N/A |
| Credit card (name): | $0 | $N/A |
| Department store (name): | $0 | $N/A |
| Other: Payday loan fees | $150 | $N/A |

Rev. 12.1.2018

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 2,454.36 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): | $ 710 | $ N/A |
| **Total monthly expenses:** | $ 8,923.36 | $ N/A |

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☑Yes ☐No      If yes, describe on an attached sheet.
    See attached sheet.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☑Yes ☐No

    *If yes, how much?* $ 505

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
    See attached sheet.

12. *State the city and state of your legal residence*
    Rochester, New York

    *Your daytime phone number:* (585) 317-1707

    *Your age:* 36      *Your years of schooling:* 14

Rev. 12.1.2018

**ATTACHMENT TO AFFIDAVIT IN SUPPORT OF IFP MOTION**

Joseph M. Fusco III — Case No. 25-3257

**QUESTION 8**

Monthly Expenses: Rent ($2,750): Lease executed Nov. 18, 2025; minor child listed as authorized occupant; term through Dec. 31, 2026; cannot be terminated without penalty. All utilities included in rent. Utilities ($163): Internet ($103) and water/sewer ($60) for marital home at 211 W. Bloomfield Rd., Pittsford, NY, per March 11, 2025 court order. Appellant does not reside at this property. Medical ($1,170): Weekly therapy, child's therapy contributions, copays, prescriptions. Transportation ($424): Supercharging $274/mo (based on $3,290/yr); parking $150/mo (required by lease). Recreation ($200): Visitation costs (meals, activities). Other ($710): Cell phone $300; work software subscriptions $200; pro se litigation costs (postage, toner, filing fees) $100; pet expenses $70; family subscriptions $40. Payday loan fees ($150): Recurring $300–$600 loans to cover basic expenses.

- Laundry ($25).
- Clothing ($25).
- Food ($600).
- Life insurance ($2).
- Vehicle insurance ($250).
- Vehicle payment: $0 (in default).
- Support garnished ($2,454.36)
- Total monthly expenses: $8,923.36.

**QUESTION 9**

Expected Changes: An Income Withholding Order (Oct. 27, 2025) garnishes $2,454.36/mo. That order is subject to a pending state court proceeding. If vacated, the garnishment decreases by $1,954.36/mo. Chapter 7 discharged Feb. 13, 2026 (Case No. 2-25-20363-CLB).

**QUESTION 10**

Lawsuit Expenses ($505): Filing fee: $405 (paid Sept. 23, 2025). Federal litigation costs: ~$100.

**QUESTION 11**

Why Appellant Cannot Pay Docket Fees: Take-home pay: $8,510/mo. Expenses: $8,923.36/mo. Net: −$413.36/mo. Both bank accounts (Chase & Canandaigua National Bank) are overdrawn. Appellant uses payday loans for necessities. The garnishment issued Oct. 27, 2025 — 34 days after Appellant paid the $405 filing fee. Additional obligations: ~$8,000 unpaid taxes (2024); ~$15,000 unpaid taxes (2025). Vehicle: $23,000 value, $40,000 owed (in default, facing repossession). Marital home: in foreclosure, no equity. Appellant paid the filing fee when circumstances permitted. The garnishment eliminated that capacity. The Chapter 7 discharge did not address the garnishment (domestic support obligation). Appellant cannot prepay the docket fees of this appeal.

IWO-RMD - 13063    26    REV 02

0404253000009252

OMB 0970-0154
Expiration Date: 08/31/2026

## INCOME WITHHOLDING FOR SUPPORT

**I. Sender Information: (Completed by the Sender)**

**Date:** 10/27/2025

☒ **INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)**

☐ **ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT**

☐ **AMENDED IWO**

☐ **TERMINATION OF IWO**

☒ Child Support Agency (CSA) ☐ Court ☐ Attorney ☐ Private Individual/Entity   (Check One)

**NOTE:** This IWO must be regular on its face. Under certain circumstances you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a state or tribal CSA or a court, a copy of the underlying support order must be attached.

State/Tribe/Territory **NEW YORK**
City/County/Dist./Tribe **MONROE**
Private Individual/Entity

Remittance ID (include w/payment) **CD79528C1**
Order ID **I24000429**
Case ID **CD79528C1**

**II. Employer and Case Information: (Completed by the Sender)**

**WPENGINE, INC.**
Employer/Income Withholder's Name

Employer/Income Withholder's Address

**504 LAVACA ST STE 1000**

**AUSTIN TX 78701**
Employer/Income Withholder's FEIN **273155665**

Child(ren)'s Name(s) (Last, First, Middle)
**FUSCO,** ▓▓▓▓▓▓

RE: **FUSCO, JOSEPH M   III**
Employee/Obligor's Name (Last, First, Middle)

▓▓▓▓▓▓
Employee/Obligor's Social Security Number

▓▓▓▓▓▓
Employee/Obligor's Date of Birth

**FUSCO, MEGAN R**
Custodial Party/Obligee's Name (Last, First, Middle)

Child(ren)'s Birth Date(s)
▓▓▓▓▓▓

**III. Order Information: (Completed by the Sender)**

This document is based on the support order from New York State. You are required by law to deduct these amounts from the employee/obligor's income until further notice.

$ **1,636.24** Per **Monthly** current child support
$ **818.12** Per **Monthly** past-due child support - **Arrears greater than 12 weeks?** ☐ Yes ☒ No
$ **0.00** Per **Monthly** current cash medical support
$ **0.00** Per **Monthly** past-due cash medical support
$ **0.00** Per **Monthly** current spousal support
$ **0.00** Per **Monthly** past-due spousal support
$ **0.00** Per **Monthly** other (payments to a third or fourth party)
for a **Total Amount to Withhold of $ 2,454.36** per **Monthly** .

**IV. Amounts to Withhold: (Completed by the Sender)**

You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$ **566.39** per weekly pay period            $ **1,227.18** per semimonthly pay period (twice a r
$ **1,132.78** per biweekly pay period (every two weeks) $ **2,454.36** per monthly pay period
$ _____ **Lump Sum Payment:** Do not stop any existing IWO unless you receive a termination order.

Income Withholding for Support (IWO)        Document Tracking ID **CD79528C1**        Page 1 of

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph M. Fusco III | Social Security number or ITIN  xxx–xx–4483 |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court   Western District of New York | | |
| Case number:  2–25–20363–CLB | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Joseph M. Fusco III**

February 13, 2026

By the court:    Carl L. Bucki
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

JOSEPH M. FUSCO III,

      *Plaintiff-Appellant,*

v.

                                    25-3257

MONROE COUNTY, NEW YORK,            CERTIFICATE OF SERVICE

      *Defendant-Appellee.*

I hereby certify that on May 6, 2026, I served copies of the following documents by USPS Mail upon the party listed below:

1. Motion Letter
2. Form T-1080
3. Declaration in Support of Motion for Leave to Proceed In Forma Pauperis
4. Financial Affidavit (FRAP Form 4) with Attachment
5. Income Withholding Order
6. Chapter 7 Discharge Order

Adam M. Clark, Esq.
Monroe County Department of Law
39 West Main Street
Rochester, NY 14614

USPS Tracking No.:      9589 0710 5270 3807 6940 11

Dated:  May 6, 2026
            Rochester, New York

Joseph M. Fusco III
1 South Clinton Ave, Apt 1713
Rochester, New York, 14604
Telephone: (585) 317-1707
Email: hello@josephfus.co

Case: 25-3257, 05/08/2026, DktEntry: 26.1, Page 15 of 15

# UNITED STATES POSTAL SERVICE®

**EMS**

## PRIORITY MAIL EXPR

AT RATE ENVELOPE

TE ■ ANY WEIGHT

edule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

T US AT USPS.COM®

R FREE SUPPLIES ONLINE

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

GUARANT

---

**UNITED STATES POSTAL SERVICE.** *Retail*

**E**

**US POSTAGE PAID**

**$35.90**

Origin: 14603
05/06/26
3571020603-47

### PRIORITY MAIL EXPRESS®

JOSEPH FUSCO
1 S CLINTON AVE
ROCHESTER NY 14604-1750
(585) 317-1707

0 Lb 5.00 Oz

**RDC 07**

SCHEDULED DELIVERY DAY: 05/08/26 06:00 PM

C099

SHIP
TO:

CLERK OF COURT 2ND CIRCUIT
40 FOLEY SQ
NEW YORK NY 10007-1502

**USPS TRACKING® #**

9570 1143 7276 6126 7375 90

