## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title:_____Docket No.:_____

Lead Counsel of Record (name/firm) or Pro se Party (name):_____ .

Appearance for (party/designation):_____

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(　) Correct
(　) Incorrect.　See attached caption page with corrections.

　　**Appellate Designation** is:
(　) Correct
(　) Incorrect.　The following parties do not wish to participate in this appeal:
　　　Parties:　_____
(　) Incorrect.　Please change the following parties' designations:
　　　Party　　　　　　　　　　　　　　Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(　) Correct
(　) Incorrect or Incomplete.　As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

(　) This case has not been before this Court previously.
(　) This case has been before this Court previously.　The short title, docket number, and citation are:_____

(　) Matters related to this appeal or involving the same issue have been or presently are before this Court.　The short titles, docket numbers, and citations are:　_____

## CERTIFICATION

I certify that (　) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____OR that (　) I applied for admission on_____or renewal on _____.　If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:_____
Type or Print Name:_____
　　　　OR
Signature of pro se litigant:_____
Type or Print Name:_____
(　) I am a pro se litigant who is not an attorney.
(　) I am an incarcerated pro se litigant.