**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: September 4, 2026
Docket #: 25-3257
Short Title: Fusco, III v. Monroe County, New York

DC Docket #: 6:25-cv-6505
DC Court: WDNY (ROCHESTER)
DC Judge: Meredith A. Vacca

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8658.