W.D.N.Y.
25-cv-6505
Vacca, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of September, two thousand twenty-six.

Present:

Reena Raggi,
Maria Araújo Kahn,
*Circuit Judges,*
John Peter Cronan,
*District Judge.**

---

Joseph M. Fusco III,

*Plaintiff-Appellant*,

v. 25-3257

Monroe County, New York, et al.,

*Defendants-Appellees*.

---

Appellant, pro se, moves for leave to proceed in forma pauperis and to expedite the briefing schedule in this appeal. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

---

* Judge John Peter Cronan, of the United States District Court for the Southern District of New York, sitting by designation.